UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 05119
   DANIEL STEPHEN KOLLAR
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-5945
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/22/07 and confirmed on 06/08/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14570.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 7182.68 | .00 | 7182.68 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 60.00 | 3.96 | 60.00 |
| COMED | UNSECURED | 2585.64 | 170.68 | 2585.64 |
| HARRIS TRUST & SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1065.04 | 77.45 | 1065.04 |
| NICOR GAS | UNSECURED | 1899.42 | 126.25 | 1899.42 |
| ORKIN PEST CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |

       Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7182.68 | .00 | 5610.10 | .00 | 12792.78 |
| PRINCIPAL PAID | 7182.68 | .00 | 5610.10 | .00 | 12792.78 |
| INTEREST PAID | .00 | .00 | 378.34 | .00 | 378.34 |
| TOTAL PAID | 7182.68 | .00 | 5988.44 | .00 | 13171.12 |

The Debtor's attorney, LEDFORD & WU                    , was allowed $   3050.50
and was paid $   3000.00  direct and $     50.50  through the plan.

The Trustee received $     675.53 .

Refunds to the Debtor totaled $     672.85 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```